**PREWITT'S HWY 54 ENTERPRISES, Appellant,**

v.

**GOOD & PERFECT GIFTS, LLC, and Jera Lincoln and Jimmy Lincoln, Respondents.**

**WD 78970**

Missouri Court of Appeals,
Western District.

Order filed: August 30, 2016

Melissa H. Sherman, for Appellant

Michael L. McDorman, for Respondents

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and Gary D. Witt, Judge

## ORDER

PER CURIAM:

Prewitt's Hwy 54 Enterprises, LLC ("Landlord") appeals the judgment of the trial court ruling in its favor on its breach of contract petition against Good & Perfect Gifts, LLC and Jera and Jimmy Lincoln ("Tenants"). Landlord's motion for attorney fees is denied. Because a published opinion would have no precedential value, a memorandum has been issued to the parties.

The judgment is affirmed. Rule 84.16(b).